Cite as 2025 Ark. App. 478

# ARKANSAS COURT OF APPEALS

DIVISION IV

No. CV-23-392

|  |  |
|---|---|
| FARM CREDIT SERVICES OF AMERICA, PCA<br><br>APPELLANT<br><br>V.<br><br>SIMMONS BANK; WALTER KEITH LOCKLEY; WALTER KEITH LOCKLEY, JR.; WALTER LOCKLEY PARTNERSHIP; LOCKLEY & SONS, INC.; WALTER LOCKLEY & SONS; G.L. MORRIS FARMS LIMITED PARTNERSHIP; WILSON FAMILY LIMITED PARTNERSHIP; DEERE & COMPANY; FARM CREDIT SERVICES OF AMERICA, PCA; GREENWAY EQUIPMENT, INC.; JOHN DOE DEFENDANTS NOS. 1–10; AND JANE DOE DEFENDANTS NOS. 1–10.<br><br>APPELLEES | Opinion Delivered October 8, 2025<br><br>APPEAL FROM THE CROSS COUNTY CIRCUIT COURT<br>[NO. 19CV-16-94]<br><br>HONORABLE CHRISTOPHER W. MORLEDGE, JUDGE<br><br>REVERSED AND REMANDED |

**MIKE MURPHY, Judge**

This appeal arises from a summary-judgment order entered in favor of Simmons Bank against appellant Farm Credit Services of America, PCA (FCSA). The circuit court ruled as a matter of law that Simmons's security interest in equipment proceeds held in the registry of the court from an indebted Cross County farming operation had priority over FCSA's purchase-money security interest in that equipment. FCSA appeals the summary-judgment

order, arguing, among other things, that there remains a genuine issue of material fact about the correct organizational name of the partnership that was indebted to it.

The facts and procedural history of this case are identical to those in *Helena Agri-Enterprises, LLC v. Simmons Bank*, 2025 Ark. App. 477, \_\_\_ S.W.3d \_\_\_, a companion case that we also hand down today. For the same reasons we set forth in *Helena Agri-Enterprises, LLC*, we reverse and remand the grant of summary judgment against FCSA. Additionally, because we reverse the summary-judgment order on that basis, we need not address FCSA's remaining arguments for the reversal of the summary-judgment order.

Reversed and remanded.

HARRISON and TUCKER, JJ., agree.

*Owens, Mixon & Heller, P.A.*, by: *Aaron D. Heller* and *W. Lance Owens*, for appellant.

*Ramsay, Bridgforth, Robinson and Raley, LLP*, by: *David R. Bridgforth*, for separate appellee Simmons Bank.